UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:21-cv-61828-RUIZ/STRAUSS

GYORGY PAPP,

    Plaintiff,

v.

INVICTA WATCH COMPANY OF
AMERICA, INC.

    Defendant.

_____/

**DEFENDANT INVICTA WATCH COMPANY OF AMERICA, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Invicta Watch Company of America, Inc. ("Invicta"), through undersigned counsel, hereby requests an extension of time through and including December 19, 2021 within which to respond to the Complaint. In support hereof, Invicta states:

1. Plaintiff's Complaint was filed on August 30, 2021 (D.E. 1).

2. Invicta was purportedly served with Plaintiff's Complaint on September 29, 2021 (D.E. 6) although Invicta maintains that service of process was defective and improper. Additionally, Invicta has repeatedly advised Plaintiff that it is not the correct entity, with the hope of having the Complaint amended before Invicta is forced to file a responsive pleading.

3. Plaintiff has advised undersigned counsel that it intends to amend its pleading, but Plaintiff has not yet done so.

4. Consequently, Invicta respectfully requests an extension of time to file its response to the Complaint up through December 19, 2021, or until such time as Plaintiff files its amended complaint.

5. Plaintiff does not oppose the relief requested in this Motion.

6. The request is made in good faith and not for the purpose of delay.

7. A Proposed Order granting Invicta's Unopposed Motion for Extension of Time to Respond to Complaint is attached hereto as **Exhibit A** and will be forwarded to Chambers.

WHEREFORE, Defendant Invicta Watch Company of America Inc. requests the entry of an order granting it an extension of time until December 19, 2021, within which to respond to the Complaint.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with Plaintiff's counsel who has advised that Plaintiff does not oppose the requested extension of time.

Dated: November 19, 2021

/s/ *Jonathan R. Weiss*
Jonathan R. Weiss
Florida Bar No. 057904
**SQUIRE PATTON BOGGS (US) LLP**
200 South Biscayne Blvd., Suite 4700
Miami, Florida 33131
Telephone: 305-577-7000
Facsimile: 305-577-7001
Email: jonathan.weiss@squirepb.com

*Counsel for Defendant Invicta Watch Company of America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that On November 19, 2021, a true copy of the foregoing has been filed via the CM/ECF filing system that will serve an electronic Notice of Filing to all counsel of record.

/s/ *Jonathan R. Weiss*
Jonathan R. Weiss