## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-61828-RAR

**GYORGY PAPP**,

     Plaintiff,

v.

**INVICTA WATCH
COMPANY OF AMERICA, INC.,** *et al*.,

     Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

     **THIS CAUSE** comes before the Court on the Report and Recommendation ("Report") [ECF No. 44] of Magistrate Judge Jared M. Strauss.  The Report recommends that the Court deny Defendants' Motion to Quash Service of Process ("Motion") [ECF No. 29].  *See* Report at 1.  The time for objections has passed, and there are no objections to the Report.

     When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*.  FED. R. CIV. P. 72(b)(3).  When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  FED. R. CIV. P. 72 advisory committee's note to 1983 addition (citation omitted).  Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[] [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (emphasis in original; alterations added)).  The Supreme Court further

stated nothing in the legislative history "demonstrates an intent to require the district court to give any more consideration to the magistrate's report than the court considers appropriate." *Id.* at 150.

To date, no objections have been received. Thus, the Court considers it appropriate to review the Report for clear error. Finding none, and having carefully reviewed the Motion, the Report, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.   The Report [ECF No. 44] is **AFFIRMED AND ADOPTED**.

2.   Defendants' Motion [ECF No. 29] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of March, 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc:   Magistrate Judge Jared M. Strauss
counsel of record